# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>PAUL ALAN JACOBS,<br><br>      Defendant. | CASE NO. CR14-648-CAS - 21<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On April 22, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 10, 2019. Government counsel, Carol Chen, the defendant and his appointed CJA attorney, Mark Chambers, were present. The U.S. Probation Officer, Reginald Brown, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on April 10, 2019. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 23, 2018.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked and reinstated, under the same terms and conditions previously imposed, with the added condition, as follows:

- The defendant shall participate in, and successfully complete a 20-week Cognitive Behavioral Group, an outpatient substance abuse treatment and counseling program,

that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

- As directed by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The defendant shall provide payment and proof of payment as directed by the Probation Officer. If the defendant has no ability to pay, no payment shall be required.

The Court sets a Status Conference re: Defendant's Compliance with Supervised Release on June 24, 2019, at 1:00 P.M.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: April 22, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk